# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

SCI MINNESOTA FUNERAL SERVICES, INC., a Minnesota corporation,

Plaintiff,

Civil Action No. 0:01CV546 (ADM/SRN)

v.

ROGER BERTELSEN,

Defendant.

**ORDER**

Based on the parties' Stipulation for Extension of Time to Answer, it is hereby ordered that the deadline to answer the Complaint is extended until Friday, April 27, 2001.

Dated: April 30, 2001

Judge of District Court

::ODMA\PCDOCS\FBDOCS1\2508020\1

FILED 4-30-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

SCI MINNESOTA FUNERAL SERVICES, INC., a Minnesota corporation,

Plaintiff,

Civil Action No. 0:01CV546 (ADM/SRN)

v.

ROGER BERTELSEN,

Defendant.

**STIPULATION FOR EXTENSION OF TIME TO ANSWER**

RECITALS

1. Plaintiff served its Complaint upon Defendant on Friday, March 30, 2001.

2. Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, Defendant's Answer was due on Thursday, April 19, 2001.

3. Plaintiff and Defendant have been actively engaged in settlement discussions regarding this matter. In order to facilitate settlement, Plaintiff agreed to extend the deadline for Defendant to file and serve his Answer.

AGREEMENTS

A. The parties hereby agree that the deadline to Answer the Complaint may be extended until Friday, April 27, 2001.

FILED 4-30-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated April 24, 2001

Steven E. Rau (#147990)
Cory A. Kallheim (#290257)
Flynn & Gaskins, L.L.P.
333 South Seventh Street
Minneapolis, Minnesota 55402
(612) 333-9500
**ATTORNEYS FOR PLAINTIFF**

Dated: April 23, 2001

David R. Marshall (#184457)
Dulce J. Foster (#285419)
Fredrikson & Byron, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, Minnesota 55402
Phone: (612) 347-7000
Facsimile: (612) 347-7077
**ATTORNEYS FOR DEFENDANT**

::ODMA\PCDOCS\FBDOCS1\2506102\1