**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

SCI MINNESOTA FUNERAL SERVICES, INC., a Minnesota corporation,

Claimant,

v.

ROGER BERTELSEN,

Respondent.

Civil Action No. 0:01CV546 (ADM/SRN)

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

The above entitled matter having been compromised and settled, the parties to this action stipulate and agree, through their respective attorneys, that all claims by and between the parties be dismissed with prejudice and without costs or disbursements to either party.

Dated: ~~August~~ Sept 4, 2001

Steven E. Rau (#147990)
Cory A. Kallheim (#290257)
Flynn & Gaskins, L.L.P.
333 South Seventh Street
2900 Metropolitan Centre
Minneapolis, Minnesota 55402
Phone: (612) 333-9500

**ATTORNEYS FOR SCI MINNESOTA FUNERAL SERVICE, INC.**

SEP 06 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

Dated: August 30, 2001

David R. Marshall (#184457)
Dulce J. Foster (#285419)
Fredrikson & Byron, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, Minnesota 55402
Phone: (612) 347-7000
Facsimile: (612) 347-7077

**ATTORNEYS FOR ROGER BERTELSEN**

**ORDER**

IT IS HEREBY ORDERED:

Based upon the foregoing Stipulation, the above-captioned lawsuit shall be dismissed with prejudice, with each party to bear its own costs.

BY THE COURT:

Dated: Sept. 6 ,2001

Ann D. Montgomery
Judge of the United States District Court

::ODMA\PCDOCS\FBDOCS1\2549820\1